

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-70,960-02

### EX PARTE GREGORY SCOTT NARRAMORE, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 13616-B IN THE 115TH DISTRICT COURT
## FROM UPSHUR COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of murder and sentenced to eighty years' imprisonment. The Sixth Court of Appeals affirmed his conviction. *Narramore v. State*, No. 06-05-00226-CR (Tex. App.—Texarkana Mar. 20, 2007) (not designated for publication).

Applicant contends that he is actually innocent and his due process rights were violated because the State presented false evidence. We remanded this application and directed the trial court to hold a live hearing and make findings of fact and conclusions of law.

On remand, after holding a live hearing, the trial court found, among other things, that Jason Baughman's affidavit and testimony at the evidentiary hearing were not credible. The trial court also found that neither Baughman's affidavit nor his testimony at the evidentiary hearing changed his trial testimony that he and Applicant disposed of the deceased's body. The trial court recommended that we deny relief.

We agree with the trial court's recommendation and adopt its findings of fact and conclusions of law except for finding of fact number nine. Relief is denied.

Filed: October 3, 2018
Do not publish